

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00104-CV

_____

RONALD SPRIGGS, Appellant

V.

CRYSTAL THOMAS, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF
LARRY GLENN BAILEY, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 19-0496

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Ronald T. Spriggs, appellant, filed a notice of appeal in this matter on December 9, 2019. Appellant has not filed a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 32.1. Further, appellant has not tendered the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5, and has not filed proof of indigency in lieu of a filing fee, *see* TEX. R. APP. P. 20.1.

"A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just." TEX. R. APP. P. 5.

By letter dated January 9, 2020, appellant was provided with notice of and an opportunity to cure these defects. *See* TEX. R. APP. P. 42.3(b), (c). The clerk's letter further warned appellant that, if he did not submit an adequate response to the notice by January 21, 2020, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant did not file a docketing statement, did not pay the mandatory filing fee, and did not file proof of indigency in lieu of a filing fee. Further, we have received no communication from appellant responsive to the January 9 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rules 42.3(b) and (c) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.


Scott E. Stevens
Justice

Date Submitted:     January 29, 2020
Date Decided:       January 30, 2020

2